```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  JOANNE HOEPER, State Bar #114961
    Chief Trial Attorney
 3  MEREDITH B. OSBORN, State Bar #20467
    DANIEL A. ZAHEER, State Bar #237118
 4  Deputy City Attorneys
    Fox Plaza
 5  1390 Market Street, Sixth Floor
    San Francisco, California 94102-5408
 6  Telephone:    (415) 554-3911
    Facsimile:    (415) 554-3837
 7  E-Mail:       meredith.osborn@sfgov.org

 8
    Attorneys for Defendant
 9  CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODELL JAMES WILLIAMS,<br><br>　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity, SAN FRANCISCO POLICE DEPARTMENT, KEVIN DEMPSEY, and DOE ONE through DOE TWENTY,<br><br>　　Defendants. | Case No. CV-09 01053 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Trial Date:　　　None Set |

The Case Management Conference is currently scheduled for Friday, June 26, 2009 at 8:30 a.m. The parties request a continuance of the Case Management Conference to Friday, July 17, 2009 at 8:30 a.m., subject to the Court's availability.

There is good cause for a continuance because defense counsel, Meredith Osborn, recently sustained a concussion and other injuries while cycling, which required an overnight hospital stay. Ms. Osborn is currently recovering from those injuries and it is unclear when she will be able to return to work. Due to her injuries, Ms. Osborn will be unable to draft defendants' portion of the joint Case

1  Management Statement by June 19, 2009, as is required by the Court's scheduling order. It is also
2  unclear whether Ms. Osborn will return to work by June 26, 2009 – the date currently set for the Case
3  Management Conference.

4      Accordingly, the parties respectfully request that the Court continue the case management
5  conference to Friday, July 17, 2009 at 8:30 a.m., subject to the Court's availability.

7  Dated: June 16, 2009

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Attorney

    By: /s/ Daniel A. Zaheer
    DANIEL A. ZAHEER
    Attorneys for Defendants

12  Dated: June 16, 2009

    By: /s/ Herbert W. Yanowitz
    HERBERT W. YANOWITZ
    Attorney for Plaintiff

## ORDER

The Case Management Conference currently set for June 26, 2009 at 8:30 a.m. is continued to July 17, 2009 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   June 18, 2009

HONORABLE
UNITED STATES

IT IS SO ORDERED
Judge Charles R. Breyer