DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
JOSHUA S. WHITE, State Bar #237223
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4259
Facsimile:     (415) 554-3837
E-Mail:        joshua.white@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODELL JAMES WILLIAMS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity, SAN FRANCISCO POLICE DEPARTMENT, KEVIN DEMPSEY, and DOE ONE through DOE TWENTY,<br><br>    Defendants. | Case No. CV-09 01053 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The parties hereby agree and stipulate as follows:

1. Plaintiff Odell Williams hereby dismisses with prejudice this entire lawsuit, including all causes of actions against all defendants.

2. Defendants waive their costs of suit and any claim that they may have for attorneys' fees and costs.

Dated: October 30, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
JOSHUA S. WHITE
Deputy City Attorneys


By: */s/ Joshua S. White*
JOSHUA S. WHITE

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: October 30, 2009

HERBERT W. YANOWITZ


By: */s/ Herbert W. Yanowitz*
HERBERT W. YANOWITZ

Attorneys for Plaintiff
ODELL WILLIAMS

Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

1  **ORDER**

2  Pursuant to the parties' stipulation set forth above, this entire lawsuit, as to all plaintiffs, all
3  defendants, all claims for relief, and all causes of action, is hereby DISMISSED WITH PREJUDICE.
   IT IS SO ORDERED.
4
5  Dated:  Nov. 10, 2009         _____
                                  HON. CHARLES R. BREYER
6                                 UNITED STATES DISTRICT JUDGE

